IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00549-RPM-CBS

VECO USA, INC.,

    Plaintiff,

v.

US FILTER PROCESS WATER SYSTEMS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pursuant to a telephone call from the office of counsel for Plaintiff on August 18, 2005, it has come to the attention of the Court that a settlement has been reached. Accordingly, it is hereby

**ORDERED** that the parties shall file a either a stipulation or motion to dismiss with prejudice, pursuant to FED.R.CIV.P. 41(a) or a status report addressing why dismissal has not been accomplished on or before **September 7, 2005**. It is further

**ORDERED** that all future hearings set before Magistrate Judge Shaffer are **VACATED**.

**DATED:**     August 19, 2005