**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 05-CV-549-RPM-CBS**

**VECO USA, INC., a Colorado corporation**

    **Plaintiff,**

**v.**

**US FILTER PROCESS WATER SYSTEMS, INC., a Delaware corporation,**

    **Defendant,**

---

## ORDER TO DISMISS WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties Stipulated Joint Motion for Dismissal with Prejudice, and the court being fully advised in the premises;

DOES HEREBY ORDER that the Stipulated Joint Motion for Dismissal with Prejudice is GRANTED;

IT IS FURTHER ORDERED that the parties shall pay their own attorneys fees and costs.

ORDERED this 15th day of September, 2005.

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch
                                              United States District Court Judge